80 A.3d 731

IN THE MATTER OF MICHAEL JOSEPH BROWN, AN ATTORNEY AT LAW (ATTORNEY NO. 048791990).

December 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–107, concluding that **MICHAEL JOSEPH BROWN** of **HADDONFIELD,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC,* 1.4(b) (failure to communicate with client), *RPC* 1.16(d) (failure to protect a client's interests on termination of the representation), and *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **MICHAEL JOSEPH BROWN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.